UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHELTON SMALLWOOD,

                    Petitioner,

            v.

MARY BETH FLYGARE, *et al.*,

                    Respondents.

CASE NO. C17-1179-JCC

ORDER

The Court, having reviewed Petitioner Shelton Smallwood's 42 U.S.C. § 1983 complaint (Dkt. No. 1), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 4), the lack of objections thereto, and the remaining record, hereby FINDS and ORDERS that:

    1.    The Report and Recommendation (Dkt. No. 4) is ADOPTED;

    2.    Petitioner's 42 U.S.C. § 1983 complaint (Dkt. No. 1) is DISMISSED without prejudice prior to service; and

    3.    The Clerk shall SEND a copy of this order to the parties and to Judge Theiler.

//

//

//

//

//

ORDER- C17-1179-JCC - 1

1      DATED this 16th day of October 2017.

2

3

4

5

6

                                   John C. Coughenour

7                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER- C17-1179-JCC - 2